UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

   -against-

WILFREDO ROSADO,
                Defendants.

------------------------------------------------------------X

21 CR. 516 (RMB)

**ORDER**

The Court will hold a conference in this case on Thursday, August 19, 2021 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0516

Dated: August 18, 2021
       New York, NY

                                            */s/ Richard M. Berman*
                                            RICHARD M. BERMAN
                                                 U.S.D.J.