UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

WILFREDO ROSADO,
                Defendants.
------------------------------------------------------------X

21 CR. 516 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, October 12, 2021 at 12:00 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0516

Dated: October 6, 2021
       New York, NY

                                                  _____
                                                  RICHARD M. BERMAN
                                                          U.S.D.J.