UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                         21 CR. 516 (RMB)

   -against-

                                                         **ORDER**

WILFREDO ROSADO,
                Defendants.
-----------------------------------------------------------X

       The status conference previously scheduled for Thursday, December 16, 2021 at 9:00 AM is hereby rescheduled to 12:00 PM on the same date.

       In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0516

Dated: December 9, 2021
       New York, NY

                                                _____
                                                RICHARD M. BERMAN
                                                     U.S.D.J.