**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,

                                                        21  CR 516 (RMB)
      -against-

                                                        **ORDER**

WILFREDO ROSADO,
                        Defendant.
------------------------------------------------------------X

**Richard M. Berman, U.S.D.J.:**

     C.J.A. attorney Patrick Joyce is appointed to represent Defendant effective March 17, 2022.

Dated: New York, New York
       March 22, 2022

                                                              */s/ Richard M. Berman*
                                                     **Hon. Richard M. Berman, U.S.D.J.**