UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

WILFREDO ROSADO,
                Defendants.
------------------------------------------------------------X

21 CR. 516 (RMB)

**ORDER**

The proceeding scheduled for Tuesday, April 5, 2022 at 10:00 AM will take place in Courtroom 17B.

Dated: March 30, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.