**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
      Government,

                   21 CR. 516 (RMB)

 -against-

                   **ORDER**

WILFREDO ROSADO,
      Defendants.
------------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the arraignment scheduled for Tuesday, June 28, 2022 at 12:00 pm is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 0516

Dated: June 22, 2022
   New York, NY

                    _____
                       RICHARD M. BERMAN
                          U.S.D.J.