**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                    21 CR. 516 (RMB)

   -against-

                                                                  **ORDER**

WILFREDO ROSADO,
                Defendants.
------------------------------------------------------------X

The trial date in this case is hereby adjourned to Monday, April 13, 2023 at 9:00 AM.

The Court will hold a status conference on Wednesday, November 9, 2022 at 10:00 AM. The conference will be held in Courtroom 17B.

Dated: October 26, 2022
       New York, NY

                                                                    */s/ Richard M. Berman*
                                                                    RICHARD M. BERMAN
                                                                          U.S.D.J.