UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Case No. 21-CR-00516-RMB-1

    -against-

                      ~~PROPOSED~~ ORDER 

WILFREDO ROSADO,

               Defendant.
------------------------------------------------------------X

**RICHARD M. BERMAN, District Judge:**

WHEREAS, the Court and the parties seek to ensure that Wilfredo Rosado, BOP Register No. 58262-509, has meaningful access to review discovery and other case materials while detained by the Bureau of Prisons pending trial; and

WHEREAS, the Court seeks to ensure that such discovery access does not jeopardize the security and operational interests of the Bureau of Prisons;

IT IS HEREBY ORDERED that:

1. Mr. Rosado may have access to an "air-gapped" laptop computer (the "Laptop") that is disabled from accessing the internet, local area networks, or other electronic devices;

2. Upon receipt of an acceptable laptop computer from counsel for Mr. Rosado, the Government shall (a) ensure that the laptop is appropriately "air gapped" and compatible with the Bureau of Prisons' security requirements; and (b) deliver the laptop to the proper authorities at the MDC within 48 hours;

3. The Laptop shall be password-protected and maintained in a location acceptable to Bureau of Prisons personnel;

4. Bureau of Prisons personnel will provide Mr. Rosado with access to the Laptop

each weekday in the law library or attorney conference rooms for a total of at least 15 hours per week;

5. This Order remains in effect until the trial in this matter is completed, and a copy of this Order shall be made available to any unit where Mr. Rosado is housed;

6. Mr. Rosado may use the Laptop for the sole purpose of reviewing discovery and legal materials that relate to his criminal case. Mr. Rosado shall not share the Laptop or the materials loaded onto the Laptop with other inmates or with any attorney not appointed to this case, without an order of this Court. He shall not have possession of any charging apparatus or cord that connects to the Laptop. He shall not access or attempt to access the internet or any form of wireless communication. He shall at all times abide by the terms of the Protective Order, which is attached hereto and incorporated herein, governing the discovery in this case. Should Mr. Rosado violate any of the terms set forth in this Paragraph, he will forfeit his right under this Order to use the Laptop.

Dated: November 30, 2022
New York, New York

SO ORDERED:

**RMB**

Honorable Richard M. Berman
District Court Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/22