UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,                21 Cr 516 (RMB)

       - against -                      **ORDER**

WILFREDO ROSADO,
                Defendant.
------------------------------------------------------------x

The Court has scheduled this matter for trial on April 18, 2023. The trial submission schedule is as follows:

1- pretrial submissions including joint proposed voir dire, joint proposed jury charges, joint proposed verdict sheet, names of persons to be mentioned during trial and locations, and motions in limine are due March 13, 2023;

2- responses to motions in limine are due March 20, 2023;

3- final pretrial conference will be held on April 11, 2023 at 11:00 am in Courtroom 17 B.

Dated: New York, New York
       February 14, 2023

                                                  **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/14/23