UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,         :      21 CR. 516 (RMB)
                                           :
   - against -                             :      **ORDER**
                                           :
WILFREDO ROSADO,                           :

                Defendant.          :
---------------------------------------------------------------x

The status conference previously scheduled for Friday, March 3, 2023 at 9:00 A.M. is hereby rescheduled to 1:00 P.M. on the same date.

The proceeding will be held in Courtroom 17B.

Dated: March 1, 2023
      New York, NY

                                    RICHARD M. BERMAN
                                          U.S.D.J.