**AW NYC**

The Law Firm of Robert Moore PLLC

March 10, 2023

*VIA ECF*

Honorable Richard M. Berman
District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/23

    Re    **United States v. Wilfredo Rosado**
           Case No. 21-CR-00516-RMB-1

Your Honor,

    I respectfully request that the Court order the Clerk to terminate my appearance in this matter. (Doc. No. 56). I just joined the law firm of Kucker, Winiarsky, Marino, and Bittens, LLP, and can no longer act as associate counsel herein.

Respectfully submitted,

s/Robert Moore

CC:   *VIA ECF*
       AUSA Matthew King

Application granted.

SO ORDERED:
Date: 3/14/23

Richard M. Berman, U.S.D.J.