USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

UNITED STATES OF AMERICA,

-against-

WILFREDO ROSADO, et al.,

                    Defendants.

-------------------------------------------------------

21 Cr. 516 (RMB)

[PROPOSED] ORDER

Upon the application of WILFREDO ROSADO, a defendant in this matter, by his attorney Patrick Joyce Esq., for an order authorizing the appointment of Yamina Sara Chekroun, Esq., as associate counsel, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Yamina Sara Chekroun, Esq., is appointed to assist in the representation of Wilfredo Rosado in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, and is authorized to bill at the rate of one hundred ten dollars ($110) per hour.

Dated: New York, New York March 28, 2023

SO ORDERED

*Richard M. Berman*

The Honorable Richard M. Berman
District Judge, United States District Court Southern District of New York

This document was entered on the docket on_____.