**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
               Government,         :     21 CR. 516 (RMB)
                                           :
   - against -                            :     **ORDER**
                                           :
WILFREDO ROSADO,                           :
                                           :
               Defendant.          :
------------------------------------------------------------x

       The final pretrial conference previously scheduled for Tuesday, September 19, 2023 at 11:00 A.M. is hereby rescheduled to 12:00 P.M. on the same date.

       The proceeding will be held in Courtroom 17B.

Dated: August 23, 2023
       New York, NY

                                           RICHARD M. BERMAN
                                               U.S.D.J.