# Patrick J. Joyce Esq.
Attorney at Law
70 Lafayette Street - 2nd Floor
New York, New York 10013
(212) 285-2299
FAX (212) 513-1989

New Jersey Office:
4W. S. Orange Ave.
South Orange, NJ
07079

September 12, 2023

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/23

Re: United States v. Wilfredo Angel Rosado
    S1 21 CR 516 (RMB)

Dear Judge Berman,

    As you are aware, the above captioned case is scheduled to begin trial on September 26, 2023. By way of this letter, I am requesting the court to order the Bureau of Prisons to permit civilian clothes to be delivered to the MDC, and that Mr. Rosado be permitted to bring or wear those to court on September 26, 2023 and every day thereafter until the trial is completed.

    I ask that his mother, Brenda Maldonado deliver to the MDC the following set of civilian clothes:

1. One man's suit
2. Two dress shirts
3. Two ties
4. One pair of dress shoes.

    We ask that the court order the Bureaus of Prisons, MDC, to accept these clothes sometime during the week of September 18, 2023, between the hours of 9 A.M. and 5 P.M.

Respectfully Submitted,

*Patrick Joyce*
Patrick Joyce
Attorney for Wilfredo Rosado

SO ORDERED:

RMB
9/13/23