**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,   :   21 CR. 516 (RMB)
                                         :
     - against -                        :   **ORDER**
                                         :
WILFREDO ROSADO,                         :
                                         :
                Defendant.    :
---------------------------------------------------------------x

The final pretrial conference previously scheduled for Tuesday, September 19, 2023 at 12:00 P.M. is hereby rescheduled to 2:30 P.M. on the same date.

The proceeding will be held in Courtroom 17B.

Dated: September 13, 2023
       New York, NY

                                                RICHARD M. BERMAN
                                                      U.S.D.J.