

VIA ECF  
The Honorable Richard M. Berman  
United States District Judge  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

November 20, 2023

<u>Application granted.</u>

SO ORDERED:  
Date: 11/20/23  
Richard M. Berman, U.S.D.J.

RE:   **United States v. Wilfredo Rosado**  
**21-Cr-516-RMB**

Dear Judge Berman:

Wilfredo Rosado is scheduled to be sentenced by Your Honor on February 13, 2024. Post trial motions pursuant to Rule 29 and/or Rule 33 are currently due on November 27, 2023. With the consent of the government, I respectfully request an extension of the filing deadline for these motions to December 21, 2023.

As the Court may know, conditions at the MDC have been dismal lately. Inmates have been under constant lockdowns, and visiting has been difficult. Although I am not yet completely sure whether I will be filing a post-trial motion, I need more time with Mr. Rosado to discuss it. In light of these difficulties and the coming holidays, I respectfully request additional time to file such motions. After discussing the matter with the government, the parties propose a new schedule, by which defense motions must be filed no later than December 21, 2023, the government's response is due January 12, 2024, and any replies must be filed on or before January 19, 2024.

Thank you for the Court's consideration.

Sincerely,

/s/

Florian Miedel  
*Counsel for Wilfredo Rosado*

cc:   Government Attorneys  
*via ECF*