

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

       - against -

WILFREDO ROSADO,

       Defendant

-----------------------------------------------------------x

S1 21 CR 516-001 (RMB)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics LCSW, P.C., in the amount of $5,000, for professional services rendered in connection with the above captioned case.

SO ORDERED,

Dated: New York, New York
      4/16, 2024

*RMB*

Honorable Richard M. Berman
Senior U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/24



**Empire State Forensics**
Evaluation, Treatment, and Consultation Services

# Superbill

Date : 7 April 2024
Invoice No. : 6374
For Questions Call : 9143412039

**Empire State Forensics LCSW, P.C.**

Wilfredo Rosado

Empire State Forensics LCSW, P.C.
280 North Central Avenue
Suite 40
Hartsdale NY 10530

Previous Balance: $0.00

| Date | Service | Place of Service | Units | Charge |
|---|---|---|---|---|
| 04/07/2024 | Psychosexual Evaluation and Report | 11 | 1 | $5,000.00 |
| | | | Total Charges: | $5,000.00 |

Diagnostic Code(s):

Total Paid: -
Invoice Amount Due: $5,000.00
**Balance Due: $5,000.00**

Billing Provider: Name: Empire State Forensics LCSW, P.C.
NPI #: 1689147423
Tax Id: 82-2916796

Rendering Provider: Clinician Sara Liebert, PsyD

Client: Name: Wilfredo Rosado

Footnote: