

**VIA ECF**
The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

April 29, 2023

*Conference is scheduled for May 8, 2024 at 2:30 pm*

SO ORDERED:
Date: 4/30/24    Richard M. Berman
                 Richard M. Berman, U.S.D.J.

RE:   United States v. Wilfredo Rosado
      21-Cr-516-RMB

Dear Judge Berman:

Wilfredo Rosado is scheduled to be sentenced by Your Honor on May 21, 2024. I have had several recent meetings with Mr. Rosado that have led me to conclude that our attorney-client relationship has broken down. He has made clear to me that he does not trust my judgment or advice, and he wishes to have the Court appoint new counsel prior to sentencing. I agree that the relationship is such at this point that I cannot be effective in my representation of Mr. Rosado.

I appreciate that this request comes close to the sentencing date, and that the appointment of new counsel would significantly delay sentencing in this case. However, Mr. Rosado faces a tremendously serious sentence following his conviction at trial last year – a statutory minimum of 15 years on one count and 5 years on the second count, with guidelines upwards of 30 years – and it is, in my opinion, supremely important that he be represented by counsel at sentencing with whom he is comfortable and whom he trusts to be acting in his best interests.

Accordingly, I respectfully request that the Court hold a conference as soon as is practicable in order to appoint new counsel.

Thank you for the Court's consideration.

Sincerely,

/s/

Florian Miedel
*Counsel for Wilfredo Rosado*

cc: Government Attorneys *via ECF*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/24

---

**Miedel & Mysliwiec LLP**
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com