**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                Government,     :     21 CR. 516 (RMB)
                                           :
    - against -                             :     **ORDER**
                                           :
                                           :
WILFREDO ROSADO,                           :
                                           :
                Defendant.      :
------------------------------------------------------------x

The conference for substitution of counsel previously scheduled for Wednesday, May 8, 2024 at 2:30 P.M. is hereby rescheduled to Wednesday, May 15, 2024 at 11:00 A.M. This proceeding will be held in Courtroom 17B.

Dated: May 8, 2024
      New York, NY

                                                        _____
                                                            RICHARD M. BERMAN
                                                                 U.S.D.J.