# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
### 100 LAFAYETTE STREET - SUITE 502
### NEW YORK, N.Y. 10013
### (212) ...
### Fax (2...

> The Government is respectfully requested to respond with legal authorities by Tuesday, October 22, 2024 at noon.
>
> SO ORDERED:
> Date: 10/19/2024
> Richard M. Berman, U.S.D.J.

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Filed on ECF

*United States v. Wilfredo Rosado*
21 Cr. 516 (RMB)

Dear Judge Berman:

    We represent Wilfredo Rosado under the Criminal Justice Act ("CJA"). As Your Honor is aware, his sentencing is currently scheduled for November 19, 2024. At our client's request, we write to ask the Court to allow us to seek the appointment of a mitigation expert under CJA, as well as for an adjournment of his sentencing hearing in order to allow additional time for such an expert to meet with and evaluate Mr. Rosado, and to issue a report in connection with our request for a variance at sentencing.

    We have discussed this matter with the Government, and they have informed us that they object to this request.

                                                                   Respectfully submitted,

                                                                   Sarah M. Sacks