

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 22, 2024

**By ECF**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Wilfredo Rosado*, S1 21 Cr. 516 (RMB)

Dear Judge Berman:

The Government respectfully submits this letter in response to the Court's order of October 19, 2024, requesting a response from the Government to defendant Wilfredo Rosado's most recent request for an adjournment of his sentencing by October 22, 2024, at noon. The Government respectfully requests that the Court grant the Government one additional day to respond to Mr. Rosado's letter. The Government communicated with defense counsel about the Government's application for an extension of time to respond and defense counsel has no objection.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Matthew J. King
Madison Reddick Smyser
Assistant United States Attorneys
(212) 637-2384 / 2381

Application granted. The Government's response is requested by October 23, 2024 at noon.

SO ORDERED:
Date: 10/22/2024
Richard M. Berman, U.S.D.J.