**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
              Government,         :       21 CR. 516 (RMB)
                                             :
    - against -                           :       **ORDER**
                                             :
                                             :
WILFREDO ROSADO,                             :
                                             :
              Defendant.          :
-------------------------------------------------------------x

       The sentence scheduled for Tuesday, November 19, 2024 at 11:30 A.M. will take place in Courtroom 17B.


Dated: November 13, 2024
       New York, NY

                                        RICHARD M. BERMAN
                                        U.S.D.J.