**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
               Government,          :       21 CR. 516 (RMB)
                                         :
   - against -                          :       **ORDER**
                                         :
                                         :
WILFREDO ROSADO,                         :
                                         :
               Defendant.           :
-------------------------------------------------------------x

The sentencing previously scheduled for Tuesday, November 19, 2024 at 11:30 A.M. is hereby rescheduled to Wednesday, November 20, 2024 at 11:30 A.M.

The proceeding will be held in Courtroom 17B.

Dated: November 19, 2024
       New York, NY

                                                 RICHARD M. BERMAN
                                                 U.S.D.J.