# EPSTEIN SACKS PLLC
## ATTORNEYS AT LAW
100 LAFAYETTE STREET - SUITE 502
NEW YORK, N.Y. 10013
(212) 684-1230
Fax (212) 571-5507

BENNETT M. EPSTEIN: (917) 653-7116
SARAH M. SACKS: (917) 566-6196

November 26, 2024

Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Filed on ECF

*United States v. Wilfredo Rosado*
21 Cr. 516 (RMB)

Dear Judge Berman:

We represent Wilfredo Rosado pursuant to the Criminal Justice Act. On November 20, 2024, Your Honor sentenced him to 360 months imprisonment. The Court allowed the Government 90 additional days to submit a proposed restitution order. Mr. Rosado has asked us to ask the Court to direct the United States Marshals to keep him at the Metropolitan Detention Center so that he can be present for any hearing or decisions regarding the restitution in his case. To the extent that the Court is not inclined to issue such an order, we respectfully request that the Court amend the judgment to recommend that the Bureau of Prisons keep Mr. Rosado at the MDC during the 90-day period.

Respectfully submitted,

*Sarah M. Sacks*

Application Respectfully Denied.

SO ORDERED:
Date: 12/2/24
Richard M. Berman, U.S.D.J.