UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,　　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　　Government,　　　　　：　　S1  21 Cr 516  (RMB)
　　　　　　　　　　　　　　　　　　：
　　- against -　　　　　　　　　　　：　　**ORDER**
　　　　　　　　　　　　　　　　　　：
WILFREDO ROSADO,　　　　　　　　　 ：
　　　　　　　　Defendant.　　　　　 ：
------------------------------------------------------------x

　　　　　For the reasons set forth in a Sealed Order, dated February 18, 2025, the Court hereby respectfully denies the Government request for $500,000.00 in restitution.

Dated: New York, New York
　　　　February 18, 2025

　　　　　　　　　　　　　　　　　　　　　　　_RMB_____
　　　　　　　　　　　　　　　　　　　　　　　RICHARD M. BERMAN
　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/25